**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | |
| Plaintiff, | |
| v. | Civil Action No. _____-cv-_____ |
| **POST HOLDINGS, INC.,** and **TREEHOUSE FOODS, INC.,** | |
| Defendants. | |

**PLAINTIFF FEDERAL TRADE COMMISSION'S**
**UNOPPOSED MOTION TO FILE COMPLAINT UNDER SEAL**

Plaintiff Federal Trade Commission (the "Commission") respectfully moves the Court for

an order, pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and Local Civil Rule

5.l(h), directing the Clerk of the Court to file the Complaint under seal until further order.  The

parties have met and conferred, and the Commission is prepared to file a public version of its

Complaint redacting information that has been designated confidential by Defendants or by third

parties.

The filing of the Complaint and the Commission's need for injunctive relief are time

sensitive and, therefore, counsel for the Commission respectfully asks that the Court rule on this

motion as quickly as possible.

Plaintiff's Complaint seeks a preliminary injunction to enjoin Post Holdings, Inc.

("Post") from consummating its proposed acquisition of assets relating to ready-to-eat ("RTE")

cereal from TreeHouse Foods, Inc. ("TreeHouse") until the Commission completes an

administrative proceeding to determine whether the proposed acquisition would violate Section 7

of the Clayton Act, 15 U.S.C. § 18, and Section 5 of the FTC Act, 15 U.S.C. § 45.  The

Complaint contains information drawn from the business plans, documents, and investigational disclosures provided to the Commission by Post and TreeHouse (together, "Defendants") and by third parties during the Commission's investigation of the proposed transaction, undertaken pursuant to the FTC Act, 15 U.S.C. §§ 41-58.  This information includes current sales and pricing information, market shares, the approximate transaction price, and detailed information relevant to the current competitive tactics of third parties and Defendants.  *See, e.g.*, paragraphs 1, 14, 15, 16, 33, 42 (a)-(e), 43, 47, and 50 of the Complaint.  This information was provided to the Commission pursuant statutory and regulatory guarantees of confidentiality contained in the Hart-Scott-Rodino Act or the FTC Act.  *See* 15 U.S.C. §§ 18a(h), 46(f), 57b-2(b), 57b-2(c), 6 C.F.R. § 4.10(d)-(g).

The filing of these papers under seal is proper under *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980), which controls decisions within this Circuit on whether to seal or redact court records.  At least four of the factors identified in *Hubbard* support the temporary sealing of the Complaint: counsel for the Commission is unaware of any prior public access to the relevant information; Defendants and third parties have sought confidential treatment of the relevant information; Defendants and third parties have a strong property and privacy interest in avoiding the disclosure of information relevant to current competitive initiatives; and Defendants and third parties face a strong possibility of prejudice in the event that competitively sensitive information is publicly disclosed.  *See Primas v. District of Columbia*, 719 F.3d 693, 698-99 (D.C. Cir. 2013) (identifying six *Hubbard* factors relevant to motions to seal, including "the extent of previous public access to the documents;" "the fact that someone has objected to disclosure and the identity of that person;" "the strength of any property and privacy interest asserted;" and "the possibility of prejudice to those opposing disclosure"); *United States v. Aetna Inc.*, No. 1:16-cv-

01494-JDB, 2016 WL 8379257 (D.D.C. Dec. 4, 2016) (granting defendants' motion to seal

confidential business information in a proceeding brought to challenge a merger under the

antitrust laws).

In accordance with Local Rule 7(m), counsel for the Commission discussed this motion

with counsel for the Defendants.  Defendants do not oppose this motion.

\*\*\*

Given the nature of the confidential and competitively sensitive information contained in

the Complaint, Plaintiff respectfully requests the Court issue an Order directing the Clerk of the

Court to file the Complaint under seal, until further order.

A proposed order is attached.

Respectfully submitted,

Dated:  December 27, 2019

By: _____

Jennifer Milici, Esq.
(D.C. Bar 987096)
Chief Trial Counsel
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Telephone: (202) 326-2912
Email: jmilici@ftc.gov

*Attorney for Plaintiff*
*Federal Trade Commission*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of December 2019, I served the foregoing on the following counsel via electronic mail:

Kenneth S. Reinker, Esq.
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
kreinker@cgsh.com
(202) 974-1743

*Counsel for Post Holdings, Inc.*

Raymond A. Jacobsen, Jr., Esq.
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
rayjacobsen@mwe.com
(202) 756-8028

*Counsel for TreeHouse Foods, Inc.*

Jennifer Milici, Esq.
*Attorney for Plaintiff Federal Trade Commission*