**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**POST HOLDINGS, INC.,** and<br>**TREEHOUSE FOODS, INC.,**<br><br>Defendants. | Civil Action No. _____-cv-_____ |

## PLAINTIFF FEDERAL TRADE COMMISSION'S UNOPPOSED MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER

Plaintiff, the Federal Trade Commission (the "Commission") has filed this action seeking an order preliminarily enjoining the proposed acquisition of Defendant TreeHouse Foods, Inc.'s ("TreeHouse") assets relating to ready-to-eat ("RTE") cereal by Defendant Post Holdings, Inc. ("Post") as a violation of Section 5 of the Federal Trade Commission Act, 15 U.S.C. § 45, and Section 7 of the Clayton Act, 15 U.S.C. § 18.  In the absence of temporary relief, Defendants would be able to consummate the proposed acquisition after 11:59 p.m. Eastern Time on December 30, 2019.  However, the parties have stipulated to a temporary restraining order under which Defendant Post will not consummate the proposed acquisition until after 11:59 p.m. Eastern Time on the fifth business day after the Court rules on Plaintiff's motion for a preliminary injunction.  The stipulation is attached hereto.

Plaintiff respectfully moves the Court for the entry of a temporary restraining order consistent with the parties' stipulation.   In accordance with Local Rule 7(m), counsel for the Commission discussed this motion with counsel for the Defendants.  Defendants do not oppose this motion.

1

The disposition of this motion is time sensitive and we respectfully request that the Court rule on this motion as quickly as possible.

A proposed order is attached.

Dated:  December 27, 2019

Respectfully Submitted,

Jennifer Milici, Esq.
(D.C. Bar 987096)
Chief Trial Counsel
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580 Telephone:
(202) 326-2912
Email: jmilici@ftc.gov

*Attorney for Plaintiff*
*Federal Trade Commission*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th of December 2019, I served the foregoing on the following counsel via electronic mail:

Kenneth S. Reinker, Esq.
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
kreinker@cgsh.com
(202) 974-1743

*Counsel for Post Holdings, Inc.*

Raymond A. Jacobsen, Jr., Esq.
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
rayjacobsen@mwe.com
(202) 756-8028

*Counsel for TreeHouse Foods, Inc.*

Jennifer Milici, Esq.
*Attorney for Plaintiff Federal Trade Commission*