UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>                        Plaintiff,<br>     v.<br><br>POST HOLDINGS, INC. and<br>TREEHOUSE FOODS, INC.,<br><br>                        Defendants. | Civil Action No. 19-3836 (RJL) |

## JOINT MOTION FOR ORDER DISMISSING COMPLAINT

Plaintiff Federal Trade Commission jointly moves with Defendants, Post Holdings, Inc. and TreeHouse Foods, Inc., to dismiss the complaint for preliminary injunction in the above-captioned matter.  On January 13, 2020, Defendants publicly announced that they are abandoning Post Holdings, Inc.'s proposed acquisition of TreeHouse Foods, Inc.'s ready-to-eat cereal assets.  The complaint in this action is now moot, because there is no proposed acquisition to enjoin.  Accordingly, the parties respectfully request that the Court dismiss the complaint without prejudice.

1

Dated: January 13, 2020

Respectfully submitted,

| | |
|---|---|
| /s/ Jennifer Milici<br>Jennifer Milici<br>Melissa C. Hill<br>Rohan Pai<br>Jonathan Lasken<br>Federal Trade Commission<br>Bureau of Competition<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>Telephone: (202) 326-2912<br>Email: jmilici@ftc.gov<br><br>*Attorneys for Plaintiff Federal Trade Commission* | /s/ Kenneth S. Reinker, Esq.<br>George S. Cary, Esq.<br>Jeremy Calsyn, Esq.<br>Kenneth S. Reinker, Esq.<br>Alexis Lazda, Esq.<br>Cleary Gottlieb Steen & Hamilton LLP<br>2112 Pennsylvania Avenue, NW<br>Washington, DC 20037-3229<br>Telephone: (202) 974-1500<br>gcary@cgsh.com<br>jcalsyn@cgsh.com<br>kreinker@cgsh.com<br>alazda@cgsh.com<br><br>*Attorneys for Defendant Post Holdings, Inc.*<br><br>/s/ Raymond A. Jacobsen, Jr.<br>Raymond A. Jacobsen, Jr.<br>McDermott Will & Emery LLP<br>The McDermott Building<br>500 North Capitol Street, NW<br>Washington, DC 20001-1531<br>rayjacobsen@mwe.com<br><br>*Attorney for Defendant TreeHouse Foods, Inc* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2020, pursuant to Local Civil Rule 5.4, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that a copy was served to counsel of record automatically via ECF.

/s/ Jennifer Milici
Jennifer Milici, Esq.
*Attorney for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>                      Plaintiff,<br>v.<br><br>POST HOLDINGS, INC. and<br>TREEHOUSE FOODS, INC.,<br><br>                      Defendants. | Civil Action No. 19-3836 (RJL) |

**[PROPOSED] ORDER DISMISSING COMPLAINT**

This matter comes before the Court on Plaintiff's and Defendants' Joint Motion for Order Dismissing Complaint. Having considered the motion, it is hereby

ORDERED, that the Joint Motion for Order Dismissing Complaint is GRANTED and that the complaint is DISMISSED WITHOUT PREJUDICE. Each party to bear its own costs.

SO ORDERED, this _____ day of January, 2020.

                                                                      Richard J. Leon
                                                                      United States District Judge