UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 14 2020

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| |
|---|
| FEDERAL TRADE COMMISSION |
| Plaintiff, |
| v. |
| POST HOLDINGS, INC. and TREEHOUSE FOODS, INC., |
| Defendants. |

Civil Action No. 19-3836 (RJL)

## ORDER DISMISSING COMPLAINT

This matter comes before the Court on Plaintiff's and Defendants' Joint Motion for Order Dismissing Complaint. Having considered the motion, it is hereby

ORDERED, that the Joint Motion for Order Dismissing Complaint is GRANTED and that the complaint is DISMISSED WITHOUT PREJUDICE. Each party to bear its own costs.

SO ORDERED, this __14th__ day of January, 2020.

Richard J. Leon
United States District Judge

4